# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00011-CV

**Teddy J. Staub, Orlena Mehrabian, Hossain Mehrabian, and Luciano Rivera, Appellants**

**v.**

**The City of Round Rock, Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 09-604-C368, HONORABLE RICK J. KENNON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion stating that they have reached a settlement agreement and do not wish to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Joint Motion

Filed:   September 25, 2014